[jiffyord] [Bench Order]

ORDERED.

Dated: February 09, 2016

*Catherine Peek McEwen*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 8:16−bk−00033−CPM
                                                                    Chapter 13
Stuart Joseph Selvaggi


_____Debtor*_____/


*ORDER DISCHARGING ORDER TO SHOW CAUSE TO MICHAEL AND LUCILLE HALL*


THIS CASE came on for hearing on February 9, 2016, for consideration of the
☐ Emergency   ☐ Motion   ☐ Objection   ☐ Application   ☑ Order to Show Cause

to Michael and Lucille Hall (Doc. *23*), filed by *the Court*.

For the reasons stated orally and recorded in open court, the
☐ Emergency   ☐ Motion   ☐ Objection   ☐ Application   ☑ Order to Show Cause

is
☐ Denied   ☐ Denied as Moot   ☐ Overruled   ☐ Sustained   ☐ Granted
☐ Approved   ☐ Disapproved   ☑ Discharged Favorably

☐ *Other*

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

☐ Attorney Enter Attorney to Serve is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

☐ Attorney Enter Attorney to Serve is directed to serve a copy of this order on: Enter Who to Serve and file a proof of service within three (3) days of entry of the order.

☑ The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

☐ To CM/ECF users by CM/ECF only.

☑ Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.