**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                                           Case No. 8-16-bk-00033-CPM
                                                                                                  Chapter 13
Stuart Joseph Selvaggi

        Debtor.
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**AND OBJECTIONS TO CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

    1.       The Debtor's Petition for Relief to Chapter 13 was filed on January 05, 2016.

    2.       <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

    3.       It does not appear that the Debtor has dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1325(b)(1)(B).

       a.   The Trustee hereby requests/has requested the following additional documents pursuant to the District-wide Amended Administrative Order Prescribing Procedures for Chapter 13 Cases (FLMB-2015-8) to determine if the Debtor has dedicated all disposable income to the Plan:  income tax returns, 2015; pay stubs for months of February, March, and April 2016; copies of all bank account statements for months of January, February, March and April of 2016; other:  proof of all Homeowners' Association payments; profit and loss statements, July 2015 through December 2015.

       b.   The Debtor must file an Amended Schedule I accurately reflecting their present income.

       c.   Pursuant to the District-wide Amended Administrative Order Prescribing Procedures for Chapter 13 Cases (FLMB-2015-8), the Debtor must provide complete copies of all tax return(s) to the Trustee's office within 14 days of filing the return; and all tax refunds shall be turned over to the Trustee, in addition to the regular monthly plan payments, beginning with the tax year <u>2015</u>.  **The Debtor shall spend no tax refund without prior court approval.**

    4.       The Plan violates 11 U.S.C. §1325(a)(4) because it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

       a.   The Trustee hereby requests/has requested the following additional documents pursuant to the District-wide Amended Administrative Order Prescribing Procedures for Chapter 13 Cases (FLMB-2015-8) to determine if the Debtor has met the best interests of creditors test:  income tax returns <u>2015;</u> copies of <u>all</u> bank account statements as of petition date for six months prior to filing; copy of vehicle registrations; utility bills, July 2015 through December 2015; and proof of rental listed for Florida property.

       b.   The Debtor has not listed the following property on Schedule B:  all bank accounts, ARIO receivable; 401(k).

      c.   The Trustee is uncertain that the value of certain assets listed on Schedules A and/or B is correct. Unless otherwise agreed, the Debtor must obtain an appraisal of the assets pursuant to the District-wide Amended Administrative Order Prescribing Procedures for Chapter 13 Cases (FLMB-2015-8).

      5.   To meet the requirements of 11 U.S.C. §1325(a)(4) and/or 11 U.S.C. §1325(b)(1)(B), the Debtor must dedicate a claim/lawsuit to the Plan.

      6.   An Amended Plan must be filed because:

      a.   The Plan is unclear as to the treatment of all creditors;

      b.   The Plan payments do not provide for sufficient money to fund the Plan.

      7.   It appears that this case is a business case and the Chapter 13 Trustee's office has and may further investigate the Debtor's business.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, Florida 34206
Phone:  (941) 747-4644
FAX:     (941) 750-9266

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Unfavorable Recommendation and Objections to Confirmation of the Plan has been furnished electronically and/or by First Class U.S. Mail to **Stuart Joseph Selvaggi**, **Self-represented,** Debtor, 8410 66th Way North, Pinellas Park, FL 33781, and the **U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602 on this 27th day of May, 2016.

/s/ Jon M. Waage

JMW/KRM/phl