UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  CASE NO.: 8:16-bk-00033-CPM
CHAPTER 13

**Stuart Joseph Selvaggi,**

    **Debtor.**

_____/

**OCWEN LOAN SERVICING, LLC'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE HEARING SCHEDULED FOR AUGUST 16, 2016 (DOCKET NO. 62)**

COMES NOW, Ocwen Loan Servicing, LLC, by and through undersigned counsel, and hereby files its Response to this Court's Order to Show Cause Hearing Scheduled for August 16, 2016 (Docket No. 62), and in support thereof, states as follows:

1. Debtor(s), Stuart Joseph Selvaggi, filed a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code on January 5, 2016.

2. Secured Creditor holds a security interest in the Debtor's real property, located at 8410 66th Way N., Pinellas Park, FL 33781-2063, by virtue of a Mortgage executed by non-debtor borrowers, Tow W. Parker and Marilyn W. Parker, which is recorded in the Public Records of Pinellas County, Florida in Official Record Book 15620 at Page 1296. Said Mortgage secures a Note in the original principal amount of $236,800.00.

3. Debtor obtained an ownership interest in the real property by virtue of a Certificate of Title issued after a foreclosure sale of the real property by the Palmbrooke Townhomes Property Association, Case No. 2013-CC-007764, and recorded on June 5, 2014 in Book 18424 at Page 1792 in the Public Records of

Pinellas County, Florida.

4. Secured Creditor also has a pending foreclosure on the property in the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 13-002609-CI, which resulted in a Final Judgment of Foreclosure entered on September 8, 2015. The Property was thereafter sold on January 5, 2016.

5. On January 13, 2016, Debtor filed an Emergency Motion to Set Aside Sale and Enforce Automatic Stay (Docket No. 12), which resulted in an entry of an Order Denying Motion to Set Aside as Moot and Confirming Sale as Void (Docket No. 17).

6. On January 20, 2016, the foreclosure sale and issuance of the Certificate of Title were successfully voided in the foreclosure action.

7. On June 22, 2016, Secured Creditor, due to inadvertence and oversight as a result of the Debtor not being a borrower on the loan, filed a Motion to Reset and Reschedule Foreclosure Sale, which was subsequently scheduled for August 22, 2016.

8. On July 14, 2016, more than two weeks prior to the Court's issuance of the Order to Show Cause, upon realization of its error, Secured Creditor filed a Motion to Cancel Foreclosure Sale Scheduled for August 22, 2016, a copy of which is attached hereto as Exhibit "A."

9. On August 1, 2016, an Order Cancelling the Foreclosure Sale was entered in the foreclosure action, effectively cancelling the sale scheduled for August 22, 2016.

A copy of the docket reflecting same is attached hereto as Exhibit "B."

10. Secured Creditor recognizes it inadvertently rescheduled the foreclosure sale and immediately sought to rectify the matter upon the realization of its error, and has since successfully resolved the issue without any detriment to Debtor.

WHEREFORE, Secured Creditor respectfully requests this Court cancel the Hearing on the Order to Show Cause directed to Ocwen Loan Servicing, LLC and for such other and further relief as this Court deems just and proper.

> ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
> Attorney for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-997-6909
>
> By: \s\ Christopher P. Salamone
> Christopher P. Salamone, Esquire
> Florida Bar No. 75951
> Communication Email: csalamone@rasflaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) and/or United States first class mail postage prepaid to the below Mailing List this 11th day of August, 2016.

STUART JOSEPH SELVAGGI
8410 66TH WAY NORTH
PINELLAS PARK, FL  33781

JON WAAGE
P O BOX 25001
BRADENTON, FL  34206-5001

UNITED STATES TRUSTEE - TPA7/13, 7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL  33602

PARKER, TOM
Response to Order to Show Cause
Page 3

EXHIBIT "A"

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

Ocwen Loan Servicing, LLC

    Plaintiff,

vs.

Et Al; Marilyn Parker a/k/a Marilyn W. Parker; et. al.,

    Defendants.

GENERAL JURISDICTION DIVISION

Case No. 13-002609-CI

_____/

### PLAINTIFF'S MOTION TO CANCEL FORECLOSURE SALE SCHEDULED FOR AUGUST 22, 2016

Plaintiff, Ocwen Loan Servicing, LLC moves to cancel the mortgage foreclosure sale and states:

1. The Complaint in this action was filed on March 6, 2013.

2. On September 4, 2015, this Court entered a Final Judgment of Foreclosure pursuant to which a foreclosure sale was scheduled for January 5, 2016.

3. The January 5, 2016 foreclosure sale was held and sold to a 3rd party named Michael J. and Lucille M. Hall.

4. Said sale was held and subsequently vacated because, Debtor Stuart Joseph Selvaggi filed for bankruptcy relief.

5. On June 22, 2016, a Motion to Reset Sale was inadvertently filed by the Plaintiff as Debtor Stuart Joseph Selvaggi is a part of this foreclosure case. Please see attached Notice of Bankruptcy Case Filing as **EXHIBIT "A"**.

6. If this Court cancels the foreclosure sale, Plaintiff moves that it be reset upon further motion of Plaintiff and order of the court.

WHEREFORE, Plaintiff prays this Court for an Order to Cancel Foreclosure Sale, and such other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy hereof was served electronically or via U.S. Mail on __July 14__, 2016 to all persons shown on the following service list.

BROCK & SCOTT, PLLC
Attorney for Plaintiff
1501 N.W. 49th Street, Suite 200
Ft. Lauderdale, FL 33309
Phone: (954) 618-6955, ext. 6209
Fax: (954) 618-6954
FLCourtDocs@brockandscott.com

By _____
Kathleen Elizabeth McCarthy
Bar #72161
For:
Jimmy Edwards, Esq.
Florida Bar No. 81855

Case No. 13-002609-CI

File # 14-F03301



United States Bankruptcy Court
Middle District of Florida

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 01/06/2016 at 11:48 AM and filed on 01/05/2016.

**Stuart Joseph Selvaggi**
8410 66th Way North
Pinellas Park, FL 33781
650-906-8370
SSN / ITIN ▬▬▬▬

The bankruptcy trustee is:

**Jon Waage**
P O Box 25001
Bradenton, FL 34206-5001
941-747-4644

The case was assigned case number 8:16-bk-00033-CPM to Judge Catherine Peek McEwen.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.flmb.uscourts.gov or at the Clerk's Office, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, FL 33602.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Lee Ann Bennett**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/14/2016 09:58:27 | | | |
| **PACER Login:** | BS493511:3759437:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 8:16-bk-00033-CPM |


EXHIBIT "A"

| Billable Pages: | 1 | Cost: | 0.10 |



# BROCK & SCOTT
## PLLC

| | | |
|---|---|---|
| CURTIS HERBERT<br>ADMITTED IN FLORIDA<br>JESSICA J. FAGEN<br>ADMITTED IN FLORIDA | 1501 NW 49TH STREET, SUITE 200<br>FT. LAUDERDALE, FL 33309<br>954.618.6955<br>FAX 954.618.6953 | THOMAS E. BROCK<br>ADMITTED IN NORTH CAROLINA<br>GREGORY A. SCOTT<br>ADMITTED IN NORTH CAROLINA<br>JAMES P. BONNER<br>ADMITTED IN NORTH CAROLINA |

July 14, 2016

The Honorable Jack R. St. Arnold
315 Court Street, Room 468
Clearwater, FL 33756

    Re:    Ocwen Loan Servicing, LLC v. Et Al, et al.
            Case No.: 13-002609-CI
            File No.: 14-F03301

The Honorable Jack R. St. Arnold:

Enclosed please find the following:

### PLAINTIFF'S MOTION TO CANCEL FORECLOSURE SALE SCHEDULED FOR AUGUST 22, 2016.

    If the Order meets with your approval, please execute and provide conformed copies of the Order to all parties in the envelopes provided.

Thank you for your time, consideration and cooperation in this matter.

**Kathleen Elizabeth McCarthy**
**Bar #72161**

Respectfully,

*/s/ Jimmy Edwards*

Jimmy Edwards, Esq.
FLCourtDocs@brockandscott.com
(954) 618-6955 x 6209

KM/AS
Enclosures

Case No. 13-002609-CI                                  File # 14-F03301

## SERVICE LIST

The following persons were served by e-mail:

Palmbrooke Townhomes Property Owners Association, Inc.
Rabin & Parker, P.A.
28163 U.S. Highway 19 North, Suite 2007
Clearwater, FL 33761
pleadings@rabinparker.com

The following persons were served by U.S. mail:

Marilyn Parker a/k/a Marilyn W. Parker
9844 Sherbrook Lane
Jacksonville, FL 32221

Tom Parker a/k/a Tom W. Parker
9844 Sherbrook Lane
Jacksonville, FL 32221

Stuart Selvaggi
8410 66th Way North
Pinellas Park, FL 33781

Mortgage Electronic registration Systems, Inc., as Nominee for Countrywide Home Loans, Inc.
c/o C.T. Corporation System, as Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWHEQ, Inc., Home Equity Loan Asset Backed Certificates Series 2007-S1
c/o President, Vice President or any other Officer authorized to accept service
One Wall Street
New York, NY 10286

Unknown Tenant/Occupant
8410 66th Way Noth
Pinellas Park, FL 33781

Case No. 13-002609-CI                                                                                                 File # 14-F03301

8/10/2016                     https://ccmspa.pinellascounty.org/PublicAccess/CaseDetail.aspx?CaseID=1718552
Case 8:16-bk-00033-CPM    Doc 65    Filed 08/11/16    Page 9 of 14

Skip to Main Content    Logout    My Account    Search Menu    New Civil Search    Refine Search    Back                        Location : Pinellas County    Images Help

# REGISTER OF ACTIONS
### CASE NO. 13-002609-CI

EXHIBIT "B"



| | | | |
|---|---|---|---|
| **OCWEN LOAN SERVICING LLC Vs. MARILYN PARKER, et al** | § § § § § § § | Case Type: | **REAL PROP - NON-HOMESTEAD RES FORECLOSURE3 $250,000 or more** |
| | | Date Filed: | **03/06/2013** |
| | | Location: | **Section 21** |
| | | Judicial Officer: | **ST. ARNOLD, JACK R** |
| | | UNIFORM CASE NUMBER: | **522013CA002609XXCICI** |

## PARTY INFORMATION

**Attorneys**

**CLOSED DEFENDANT - DISMISSED/DR**    **UNKNOWN SPOUSE OF MARILYN PARKER**
8410 66TH WAY N
PINELLAS PARK, FL 33781

**CLOSED DEFENDANT - DISMISSED/DR**    **UNKNOWN SPOUSE OF TOM PARKER**
8410 66TH WAY N
PINELLAS PARK, FL 33781

**CLOSED DEFENDANT - DISMISSED/DR**    **UNKNOWN TENANT/OCCUPANT**
8410 66TH WAY N
PINELLAS PARK, FL 33781

**CLOSED DEFENDANT - SUBSTITUTED**    **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC** *AS NOMINEE FOR* **COUNTRYWIDE HOME LOANS INC**
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

**DEFENDANT**    **PALMBROOKE TOWNHOMES PROPERTY OWNERS ASSOC INC**
28163 US HWY 19 N
SUITE 207
CLEARWATER, FL 33761

**MONIQUE E PARKER**
RABIN PARKER P A
28059 US HWY 19 N STE 301
CLEARWATER, FL 33761

727-475-5535(W)

**DEFENDANT**    **PARKER, MARILYN** *ALSO KNOWN AS* **PARKER, MARILYN W**
8410 66TH WAY N
PINELLAS PARK, FL 33781

**DEFENDANT**    **PARKER, TOM** *ALSO KNOWN AS* **PARKER, TOM W**
8410 66TH WAY N
PINELLAS PARK, FL 33781

**DEFENDANT**    **THE BANK OF NEW YORK MELLON** *FORMERLY KNOWN AS* **THE BANK OF NEW YORK AS TRUSTEE FOR ETC**
ONE WALL STREET
NEW YORK, NY 10286

**PLAINTIFF**    **OCWEN LOAN SERVICING LLC**                                                                                              **JENNIFER TARQUINIO**

BROCK AND SCOTT PLLC
1501 NW 49 ST STE 200
FT LAUDERDALE, FL 33309

954-618-6955 X6156(W)

~~DARLA GRONDIN~~

~~MILLENNIUM PARTNERS~~
~~21500 BISCAYNE BLVD~~
~~SUITE 600~~
~~AVENTURA, FL 33180~~

~~305-698-5839(W)~~


~~KIM F STEVENS~~

~~ROBERTSON ANSCHUTZ &~~
~~SCHNEID PL~~
~~6409 CONGRESS AVENUE~~
~~SUITE 100~~
~~BOCA RATON, FL 33487~~

| | | |
|---|---|---|
| REFERENCE PARTY | HALL, LUCILLE<br>6648 83 AVE S<br>PINELLAS PARK, FL 33781 | |
| REFERENCE PARTY | HALL, MICHAEL<br>6648 83 AVE S<br>PINELLAS PARK, FL 33781 | |

## EVENTS & ORDERS OF THE COURT

### OTHER EVENTS AND HEARINGS

| | |
|---|---|
| 08/22/2016 | CANCELED   JUDICIAL ONLINE SALE  (10:00 AM) (Judicial Officer ONLINE SALE, JUDICIAL)<br>ORDER FROM COURT<br>CANCELLED PER ORDER SIGNED BY JUDGE ST ARNOLD |
| 08/01/2016 | **ATTORNEY COVER LETTER**<br>RCVD BY COURT 072516 |
| 08/01/2016 | **ORDER CANCELLING FORECLOSURE SALE**<br>082216 |
| 07/18/2016 | **UNSIGNED ORDER SENT TO JUDGE**<br>/WITH COPIES AND ENVELOPES |
| 07/15/2016 | **DEF/RESP'S EMERGENCY MOTION**<br>TO RECONSIDER ORDER GRANTING MORION TO RESET FORECLOSURE SALE (NON-CASE PARTY) |
| 07/14/2016 | **PLTF/PET'S MOTION**<br>TP CANCEL FORECLOSURE SALE SCHEDULED FOR 08/22/16 |
| 07/14/2016 | **SUGGESTION OF BANKRUPTCY AS TO:**<br>STUART JOSEPH SELVAGGI / 16-BK-00033-CPM (NON-CASE PARTY) |
| 06/28/2016 | **ORDER RESCHED ONLINE SALE**<br>082216 |
| 06/22/2016 | **CASE REOPENED** |
| 06/22/2016 | **PLTF/PET'S MOTION TO RESET/RESCHEDULE FORECLOSURE SALE** |
| 02/12/2016 | **ORDER ON MOTION FOR:**<br>REFUND OF PAYMENT |
| 02/02/2016 | **CASE REOPENED** |
| 02/02/2016 | **MOTION**<br>(SUCCESSFUL BIDDERS) FOR REFUND OF PAYMENT- PRO SE<br>    Party:  HALL, LUCILLE<br>    Party:  HALL, MICHAEL |
| 01/20/2016 | **DEF/RESP'S EMERGENCY MOTION**<br>TO VOID SALE AND VOID CERTIFICATE OF TITLE/NON CASE PARTY/GRANTED |
| 01/20/2016 | **ORDER GRANTING**<br>EMERGENCY MOTION TO VOID SALE AND VOID CERTIFICATE OF TITLE<br>    Vol./Book 19057, Page 1162,  1 pages |
| 01/19/2016 | **CERTIFICATE OF TITLE**<br>    Vol./Book 19056, Page 555,  1 pages |
| 01/19/2016 | **CORRESPONDENCE**<br>RE: BANKRUPTCY ORDER VOIDING SALE PRO SE |
| 01/19/2016 | **COPY**<br>BANKRUPTCY ORDER DENYING AS MOOT MTN FOR EMERGENCY HRG/CONFIRMING SALE ORDER IS VOID |
| 01/15/2016 | **OBJECTION**<br>TO SALE BY STUART SELVAGGI |
| 01/15/2016 | **CASE REOPENED** |
| 01/15/2016 | **REQUEST FOR:**<br>EMERGENCY HEARING -- COURT RCVD 011316 |

| Date | Entry |
|---|---|
| 01/15/2016 | **ATTACHMENT** <br> EX A- BANKRUPTCY COURT CLERK'S RECEIPT DATED 010516 09:24:15 |
| 01/15/2016 | **ATTACHMENT** <br> EX B- PRINTOUT OF PINELLAS CTY ONLIN AUCTION HISTORY |
| 01/15/2016 | **ATTACHMENT** <br> EX C- COPY OF SUGGESTION OF BANKRUPTCY |
| 01/15/2016 | **ATTACHMENT** <br> EX D- COPY OF CERTIFICATE OF TITLE- CASE 13-7764-CO PINELLAS CTY |
| 01/15/2016 | **ATTACHMENT** <br> EX E- COPY OF SUCCESSFUL BIDDER MTN TO ISSUE CERTIFICATE OF TITLE |
| 01/15/2016 | **ATTACHMENT** <br> EX F- COPY OF HIGH BIDDER COVER LETTER |
| 01/15/2016 | **ATTACHMENT** <br> EX G- COPY OF ORDER GRANTING MTN TO ISSUE CERT OF TITLE |
| 01/15/2016 | **ATTACHMENT** <br> EX H- COPY OF MTN TO RECONSIDER ORDER GRANTING MTN TO ISSUE CERT OF TITLE |
| 01/15/2016 | **ATTACHMENT** <br> EX I- CLERK'S RECEIPT 011216 FOR $50 TO REOPEN CASE |
| 01/15/2016 | **ATTACHMENT** <br> EX J- COPY OF COURT DOCKET |
| 01/15/2016 | **ATTACHMENT** <br> EX K- COPY OF OBJECTION TO SALE AND MTN TO STAY FILED BY DEBTOR SELVAGGI |
| 01/15/2016 | **ATTACHMENT** <br> EX L- COPY OF NOTICE TO ATTY RE: VIOLATION OF AUTOMATIC STAY |
| 01/15/2016 | **ATTACHMENT** <br> EX M- RECEIPT OF DELIVERY OF NOTICE |
| 01/14/2016 | **ORDER DENYING** <br> MOTN RECONSIDER ORDER GRANTING MOTN ISSUE CERTIFICATE OF TITLE |
| 01/14/2016 | **ORDER DENYING** <br> OBJECTIONS TO SALE AND MOTN FOR STAY |
| 01/12/2016 | **OBJECTION** <br> TO SALE AND MOTION TO STAY |
| 01/12/2016 | **EXHIBIT** <br> (B1) COPY BANKRUPTCY DOCKET |
| 01/12/2016 | **EXHIBIT** <br> (D) COPY MOTION TO ISSUE CERTIFICATE OF TITLE |
| 01/12/2016 | **EXHIBIT** <br> (F) COPY CORRESPONDENCE TO COURT IN RE: PROPOSED ORDER |
| 01/12/2016 | **EXHIBIT** <br> A - COPY CERTIFICATE OF TITLE |
| 01/12/2016 | **EXHIBIT** <br> B - COPY BANKRUPTCY COURT RECEIPT |
| 01/12/2016 | **EXHIBIT** <br> C - ACTUAL TIME OF SALE |
| 01/12/2016 | **EXHIBIT** <br> E - COPY ORDER GRANTING MOTN TO ISSUE CERTIFICATE OF TITLE |
| 01/12/2016 | **EXHIBIT** <br> G - COPY MOTN TO RECONSIDER ORDER GRANTING MOTN TO ISSUE CERTIFICATE OF TITLE - PRO SE |
| 01/11/2016 | **EXHIBIT** <br> A - CERTIFICATE OF TITLE |
| 01/11/2016 | **EXHIBIT** <br> B1 - BANKRUPTCY COURT DOCKETING |
| 01/11/2016 | **EXHIBIT** <br> (B) COPY OF BANKRUPTCY COURT RECEIPT |
| 01/11/2016 | **EXHIBIT** <br> (C) MOTION TO ISSUE CERTIFICATE OF TITLE PRO SE |
| 01/11/2016 | **MOTION** <br> TO RECONSIDER ORDER GRANTING MOTION TO ISSUE CERTIFICATE OF TITLE PRO SE |
| 01/08/2016 | **CORRESPONDENCE TO COURT RE:** <br> ATTY COVER LETTER |
| 01/08/2016 | **ORDER GRANTING** <br> MOTION TO ISSUE CERTIFICATE OF TITLE |
| 01/06/2016 | **CASE REOPENED** |
| 01/06/2016 | **MOTION** <br> (SUCCESSFUL BIDDER) TO ISSUE CERT OF TITLE- PRO SE |
| 01/06/2016 | **EXHIBIT** <br> C - COPY CERTIFICATE OF TITLE |
| 01/06/2016 | **COPY** <br> US BANKRUPTCY COURT DATABASE |
| 01/05/2016 | **JUDICIAL ONLINE SALE**  (10:00 AM) (Judicial Officer ONLINE SALE, JUDICIAL) <br> REC VER |
| 01/05/2016 | **SUGGESTION OF BANKRUPTCY AS TO:** <br> STUART JOSEPH SELVAGGI (NONCASE PARTY) / RECEIVED AFTER SALE COMPLETE |
| 01/05/2016 | **CERTIFICATE OF SALE** <br> MICHAEL J AND LUCILLE M HALL |
| 01/04/2016 | **RETURNED FROM POST OFFICE** <br> ORDER ON MOTION TO POSTPONE FORECLOSURE SALE OF 010516 |
| 12/28/2015 | **PUBLISHER'S AFFIDAVIT NOTICE OF SALE** |
| 12/23/2015 | **ORDER DENYING** <br> MOTN POSTPONE JUDICIAL ONLINE AUCTION |
| 12/23/2015 | **DEF/RESP'S MOTION** <br> TO POSTPONE JUDICIAL ONLINE AUCTION - PRO SE |
| 12/09/2015 | **NOTICE OF SALE** |

| Date | Entry |
|---|---|
| 09/08/2015 | **FINAL DISPOSITION FORM** |
| 09/08/2015 | **EXHIBIT**<br>*P1 COMP 1 - LOAN DOCUMENTS* |
| 09/08/2015 | **DEFAULT JUDGMENT (SRS DISPO)** |
| 09/08/2015 | **FINAL JUDGMENT OF FORECLOSURE**<br>*Vol./Book 18916, Page 1569, 6 pages* |
| 09/04/2015 | **MOTION**<br>*EMERGENCY/THIRD PARTY TITLE HOLDER REQUEST TO POSTPONE HEARING* |
| 09/04/2015 | **EXHIBIT**<br>*BAILOUT AMOUT TO OCWEN* |
| 09/04/2015 | **EXHIBIT**<br>*ARTICLE REFERRING TO VIOLATION OF CONSUMER VIOLATION LAWS* |
| 09/04/2015 | **EXHIBIT**<br>*THIRD PARTY PROOF OF CERTIFICATE OF TITLE* |
| 09/02/2015 | **CERTIFICATE OF COMPLIANCE W/FORECLOSURE PROCEDURES** |
| 08/28/2015 | **NOTICE OF FILING**<br>*AFFIDAVITS* |
| 08/28/2015 | **AFFIDAVIT OF ATTORNEY FEES**<br>*(REASONABLE)* |
| 08/28/2015 | **AFFIDAVIT OF ATTORNEY FEES**<br>*AND COSTS* |
| 08/21/2015 | **AMENDED**<br>*TRIAL WITNESS AND EXHIBIT LISTS* |
| 08/18/2015 | **MOTION**<br>*TO BE ADDED AS PARTY TO THIS ACTION - PRO SE* |
| 08/04/2015 | **WITNESS LIST**<br>*(PLTF TRIAL)/EXHIBIT LIST* |
| 08/04/2015 | **NOTICE OF SERVICE OF:**<br>*ATTD COPY OF ORDER SETTING NON-JURY TRIAL* |
| 06/24/2015 | **ORDER SCHEDULING NON-JURY TRIAL**<br>*090415 11:45* |
| 05/06/2015 | **DEFAULT ENTERED**<br>Party: THE BANK OF NEW YORK MELLON |
| 05/01/2015 | **NOTICE TO SET CASE FOR NON-JURY TRIAL** |
| 04/30/2015 | **PLTF/PET'S MOTION FOR DEFAULT**<br>*DEFAULT ETNERED 5/6/2015* |
| 04/28/2015 | **NOTICE OF SUBSTITUTION OF COUNSEL**<br>*/DIRECTIONS TO CLERK TO UPDATE ATTY INFO* |
| 03/31/2015 | **CERTIFICATE OF MAILING**<br>Party: PARKER, MONIQUE E |
| 03/27/2015 | **MOTION**<br>*TO BE ADDED AS PARTY TO THIS ACTION- PRO SE* |
| 01/26/2015 | **SUMMONS - RETURNED SERVED:**<br>*012015 THE BANK OF NEW YORK MELLON* |
| 01/02/2015 | **REQUEST FOR SUMMONS**<br>*ISSUED 1/5/15 FOR BANK OF NEW YORK MELLON* |
| 12/23/2014 | **CERTIFICATE**<br>*OF MAILING* |
| 12/23/2014 | **EXHIBIT**<br>*COPY ORDER TO SUB PARTY /ISSUE SUMMONS* |
| 12/05/2014 | **CORRESPONDENCE TO COURT RE:**<br>*PROPOSED ORDER* |
| 12/05/2014 | **CORRESPONDENCE TO COURT RE:**<br>*PROPOSED ORDER RCVD BY COURT 120114* |
| 12/05/2014 | **ORDER SUBSTITUTING PARTY**<br>*DEFT* |
| 11/07/2014 | **NOTICE OF HEARING**<br>*120114 11:00(TELEPFONIC)* |
| 10/03/2014 | **PLTF/PET'S MOTION SUBSTITUTING PARTY**<br>*/ DIRECT CLERK TO ISSUE SUMMONS* |
| 10/03/2014 | **EXHIBIT**<br>*A - ASSIGNMENT OF MORTGAGE* |
| 10/03/2014 | **EXHIBIT**<br>*B - SUMMONS* |
| 03/27/2014 | **CORRESPONDENCE TO COURT RE:**<br>*PROPOSED ORDER* |
| 03/27/2014 | **ORDER FOR SUBSTITUTION OF COUNSEL**<br>*FOR PLTF* |
| 03/24/2014 | **PLTF/PET'S MOTION**<br>*FOR SUBSTITUTION OF COUNSEL* |
| 03/24/2014 | **EXHIBIT**<br>*(A) CONSENT* |
| 03/24/2014 | **EXHIBIT**<br>*CASES TRANSFERS* |
| 03/24/2014 | **STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| 03/21/2014 | **NOTICE OF CANCELLATION**<br>*OF HEARING 040114* |
| 03/10/2014 | **NOTICE OF APPEARANCE** |
| 01/27/2014 | **NOTICE OF HEARING**<br>*040114 9:00* |
| 01/09/2014 | **CERTIFICATE OF COMPLIANCE W/FORECLOSURE PROCEDURES** |
| 12/31/2013 | **NOTICE OF FILING**<br>*ATTACHED ORIGINAL NOTE* |
| 10/21/2013 | **RETURNED FROM POST OFFICE** |

| Date | Event |
|---|---|
| | REASSIGNMENT OF YOUR CASE FROM SECTION 20 TO SECTION 21 INSTRUCTIONS TO LAWYERS AND LITIGANTS RETD BY PO |
| 10/16/2013 | **RETURNED FROM POST OFFICE** |
| | REASSIGNMENT OF YOUR CASE FROM SECTION 20 TO SECTION 21 INSTRUCTIONS TO LAWYERS AND LITIGANTS RETD BY PO |
| 10/16/2013 | **RETURNED FROM POST OFFICE** |
| | REASSIGNMENT OF YOUR CASE FROM SECTION 20 TO SECTION 21 INSTRUCTIONS TO LAWYERS AND LITIGANTS RETD BY PO |
| 10/07/2013 | [SECTION 20 TRANSFER CALENDAR](#) (12:01 AM) () |
| 10/07/2013 | **CORRESPONDENCE FROM CLERK RE:** |
| | *TRANSFER OF CASE TO NEW SECTION PER ADMIN ORDER 13-062* |
| 09/18/2013 | **PLTF/PET'S MOTION FOR SUMMARY JUDGMENT** |
| 09/18/2013 | **AFFIDAVIT OF INDEBTEDNESS** |
| 09/18/2013 | **AFFIDAVIT AS TO COSTS** |
| 09/18/2013 | **AFFIDAVIT OF ATTORNEY FEES** |
| | *AND TIME* |
| 09/18/2013 | **AFFIDAVIT** |
| | *IN SUPPORT OF ATTYS TIME* |
| 08/23/2013 | **DEFAULT ENTERED** |
| | Party: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC |
| | Party: PARKER, MARILYN |
| | Party: PARKER, TOM |
| 08/19/2013 | **PLTF/PET'S MOTION FOR DEFAULT** |
| 08/19/2013 | **RECORDED NOTICE OF DROPPING** |
| | *WITHOUT PREJUDICE* |
| | Party: UNKNOWN SPOUSE OF MARILYN PARKER |
| | Party: UNKNOWN SPOUSE OF TOM PARKER |
| | Party: UNKNOWN TENANT/OCCUPANT |
| 08/19/2013 | **AFFIDAVIT AS TO MILITARY SERVICE** |
| 08/05/2013 | **NOTICE BORROWER NONPART FORECLOSURE MEDIATION** |
| | *AND CANCELLATION OF MEDIATION SET 081513* |
| 05/30/2013 | **ORDER REFERRAL FORECLOSURE MEDIATION** |
| 04/02/2013 | **SUMMONS - RETURNED SERVED:** |
| | *032113* |
| | Party: PARKER, MARILYN |
| 04/02/2013 | **SUMMONS - RETURNED NOT SERVED:** |
| | Party: UNKNOWN SPOUSE OF MARILYN PARKER |
| 04/02/2013 | **SUMMONS - RETURNED SERVED:** |
| | *032113* |
| | Party: PARKER, TOM |
| 04/02/2013 | **SUMMONS - RETURNED NOT SERVED:** |
| | Party: UNKNOWN SPOUSE OF TOM PARKER |
| 04/01/2013 | **ANSWER OF** |
| | *AND AFFIRMATIVE DEFENSES* |
| | Party: PALMBROOKE TOWNHOMES PROPERTY OWNERS ASSOC INC |
| 03/29/2013 | **SUMMONS - RETURNED SERVED:** |
| | *031513* |
| | Party: PALMBROOKE TOWNHOMES PROPERTY OWNERS ASSOC INC |
| 03/22/2013 | **SUMMONS - RETURNED NOT SERVED:** |
| | Party: UNKNOWN TENANT/OCCUPANT |
| 03/21/2013 | **SUMMONS - RETURNED SERVED:** |
| | *031413* |
| | Party: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC |
| 03/06/2013 | **CASE FILED** |
| | Party: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC |
| | Party: PALMBROOKE TOWNHOMES PROPERTY OWNERS ASSOC INC |
| | Party: PARKER, MARILYN |
| | Party: PARKER, TOM |
| | Party: UNKNOWN SPOUSE OF MARILYN PARKER |
| | Party: UNKNOWN SPOUSE OF TOM PARKER |
| | Party: UNKNOWN TENANT/OCCUPANT |
| 03/06/2013 | **NOTICE OF LIS PENDENS** |
| | Vol./Book 17918, Page 273, 2 pages |
| 03/06/2013 | **VALUE OF REAL PROP/MORTGAGE FORECLOSURE CLAIM** |
| 03/06/2013 | **FORM A-PLAINTIFF CERTIFICATE** |
| 03/06/2013 | **CIVIL COVER SHEET** |
| 03/06/2013 | **COMPLAINT** |
| 03/06/2013 | **PLAINTIFF'S CERTIFICATION OF SETTLEMENT AUTHORITY** |
| 03/06/2013 | **SUMMONS TO PROCESS SERVER - PICK UP** |
| | *DPS* |
| | Party: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC |
| | Party: PALMBROOKE TOWNHOMES PROPERTY OWNERS ASSOC INC |
| | Party: PARKER, MARILYN |
| | Party: PARKER, TOM |
| | Party: UNKNOWN SPOUSE OF MARILYN PARKER |
| | Party: UNKNOWN SPOUSE OF TOM PARKER |
| | Party: UNKNOWN TENANT/OCCUPANT |

## FINANCIAL INFORMATION

**DEFENDANT** PARKER, MARILYN



| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 50.00 |
| | Total Payments and Credits | | | 50.00 |
| | **Balance Due as of 08/10/2016** | | | **0.00** |
| 07/18/2016 | Transaction Assessment | | | 50.00 |
| 07/18/2016 | Counter Payment | Receipt # CV-2016-24331 | OCWEN LOAN SERVICING LLC | (50.00) |

**PLAINTIFF** OCWEN LOAN SERVICING LLC



| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 3,456.70 |
| | Total Payments and Credits | | | 3,456.70 |
| | **Balance Due as of 08/10/2016** | | | **0.00** |
| 03/06/2013 | Transaction Assessment | | | 1,988.00 |
| 03/06/2013 | Transaction Assessment | | | 5.00 |
| 03/06/2013 | Counter Payment | Receipt # SPB-2013-04748 | GRONDIN, DARLA | (1,993.00) |
| 09/13/2013 | Transaction Assessment | | | 10.00 |
| 09/13/2013 | Mail Payment | Receipt # CV-2013-74650 | PARKER, MONIQUE E | (10.00) |
| 01/06/2015 | Transaction Assessment | | | 10.00 |
| 01/06/2015 | Counter Payment | Receipt # CV-2015-00358 | OCWEN LOAN SERVICING LLC | (10.00) |
| 06/12/2015 | Transaction Assessment | | | 29.00 |
| 06/12/2015 | Counter Payment | Receipt # CV-2015-21014 | STUART SELVAGGI | (29.00) |
| 01/04/2016 | Transaction Assessment | | | 70.00 |
| 01/04/2016 | REALAUCTION PAYMENT | Receipt # RA-2016-00023 | COLLINS MALLARD | (70.00) |
| 01/05/2016 | Transaction Assessment | | | 1,206.10 |
| 01/05/2016 | Counter Payment | Receipt # CV-2016-00275 | LUCILLE OR MIKE HALL | (1,206.10) |
| 01/07/2016 | Transaction Assessment | | | 3.00 |
| 01/07/2016 | Counter Payment | Receipt # CV-2016-00709 | THIRD PARTY | (3.00) |
| 01/11/2016 | Transaction Assessment | | | 2.00 |
| 01/11/2016 | Counter Payment | Receipt # CV-2016-01166 | MISC CUST @ WIN 2 | (2.00) |
| 01/12/2016 | Transaction Assessment | | | 50.00 |
| 01/12/2016 | Counter Payment | Receipt # CV-2016-01281 | STUART SELVAGGI | (50.00) |
| 01/15/2016 | Transaction Assessment | | | 2.00 |
| 01/15/2016 | Counter Payment | Receipt # CV-2016-01838 | CUSTOMER W5 | (2.00) |
| 01/15/2016 | Transaction Assessment | | | 21.00 |
| 01/15/2016 | Counter Payment | Receipt # CV-2016-01899 | LUCILLE M HALL | (21.00) |
| 01/20/2016 | Transaction Assessment | | | 1.00 |
| 01/20/2016 | Counter Payment | Receipt # CV-2016-02200 | MIOSC CUST @ WIN 6 | (1.00) |
| 02/02/2016 | Transaction Assessment | | | 0.30 |
| 02/02/2016 | Counter Payment | Receipt # CV-2016-04082 | THIRD PARTY | (0.30) |
| 02/02/2016 | Transaction Assessment | | | 0.30 |
| 02/02/2016 | Counter Payment | Receipt # CV-2016-04090 | THIRD PARTY | (0.30) |
| 03/01/2016 | Transaction Assessment | | | 9.00 |
| 03/01/2016 | Counter Payment | Receipt # CV-2016-07475 | LUCILLE HALL | (9.00) |
| 06/27/2016 | Transaction Assessment | | | 50.00 |
| 06/27/2016 | Counter Payment | Receipt # CV-2016-21942 | OCWEN LOAN SERVICING LLC | (50.00) |